STEPHEN P. HALL (pro hac vice)
stephen.hall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: +1 617 880 1802
Facsimile: +1 617 880 1801

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

DEENA DULGERIAN (SBN 321826)
ddulgerian@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Plaintiff
NCS PEARSON, INC. d/b/a PEARSON VUE

[Counsel for Other Parties Appearing On Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NCS PEARSON, INC. d/b/a PEARSON VUE, <br><br> Plaintiff, <br><br> v. <br><br> TRADING DIEM, INC., a California company; and PSI SERVICES LLC, <br><br> Defendants. | CASE NO. 2:22-cv-01922-SPG-JPR <br> Hon. Sherilyn Peace Garnett <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1    Plaintiff NCS Pearson, Inc. d/b/a Pearson VUE, Defendant PSI Services LLC,

2   and Defendant Trading Diem, Inc. (collectively, the "Parties"), through their

3   undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure

4   41(a)(1)(A)(ii) that this action be dismissed **with prejudice** as to all claims, causes

5   of action, and parties, with each party bearing its own attorney's fees and costs.

6    IT IS SO STIPULATED.

7
8   Dated:  October 6, 2022   ORRICK, HERRINGTON & SUTCLIFFE LLP

9               By  /s/ Nathan Shaffer
                    Nathan Shaffer
10                  *Attorney for Plaintiff*
                    *NCS Pearson, Inc. d/b/a Pearson VUE*
11

12  Dated:  October 6, 2022   LATHAM & WATKINS LLP
13
                By  /s/ Joshua G. Hamilton
14                  Joshua G. Hamilton
                    *Attorney for Defendant*
15                  *PSI Services LLC*
16
    Dated:  October 6, 2022   BYRNE & NIXON LLP
17
                By  /s/ Mark A. Byrne
18                  Mark A. Byrne
                    *Attorney for Defendant*
19                  *Trading Diem, Inc.*
20
21
22
23
24
25
26
27
28

JOINT STIPULATION OF DISMISSAL
        WITH PREJUDICE, FRCP 41(a)(1)(A)(ii)

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)</u>

Pursuant to Local Rule 5-4.3.4(a)(2), PSI Services LLC's counsel attests that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

Dated: October 6, 2022    ORRICK, HERRINGTON & SUTCLIFFE LLP

By    */s/ Nathan Shaffer*

*Attorneys for Plaintiff NCS*
*PEARSON, INC. d/b/a PEARSON VUE*

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE, FRCP 41(a)(1)(A)(ii)